**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| THE PENN MUTUAL LIFE INSURANCE COMPANY, | : : : : | |
| Plaintiff, | : : | Case No. 09-CV-6129 |
| v. | : : : | |
| GREATBANC TRUST COMPANY, as trustee of the NATALIE ROSENBLATT-SPITZER 2007 INSURANCE TRUST, NATATLIE ROSENBLATT-SPITZER, KEVIN BECHTEL, and STEVEN BRASNER, | : : : : : : : : | |
| Defendants. | : : | |

## RULE 7.1 DISCLOSURE STATEMENT

Plaintiff Penn Mutual Life Insurance Company ("Penn Mutual"), pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2 for the United States district Court for the Northern District of Illinois, hereby states that:

**Fed. R. Civ. P. 7.1 Disclosure:** (i) there is no parent entity to Penn Mutual; (ii) no publicly held corporation owns 10% or more of Penn Mutual's stock.

**Local Rule 3.2 Disclosure:** no affiliate of Penn Mutual owns more than 5% of Penn Mutual's stock.

|   |   |
|---|---|
| Dated: October 7, 2009 | Respectfully submitted,<br><br>THE PENN MUTUAL LIFE INSURANCE COMPANY<br><br>  /s/ David S. Almeida<br>          One of Its Attorneys<br><br>David S. Almeida (I.D. 06285557)<br>**DRINKER BIDDLE & REATH LLP**<br>191 N. Wacker Drive, Suite 3700<br>Chicago, IL  60606-1698<br>(312) 569-1426 – Telephone<br>(312) 569-3426 – Facsimile<br>David.Almeida@dbr.com |

*Of Counsel:*

Stephen C. Baker (*pro hac vice* application to be filed)
Katherine L. Villanueva (*pro hac vice* application to be filed)
**DRINKER BIDDLE & REATH LLP**
One Logan Square
Philadelphia, PA 19103
(215) 988-2535 – Telephone
(215) 988-2757 – Facsimile

*Attorneys for The Penn Mutual Life Insurance Company*

CH01/ 25402246