## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John J. Tharp Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 06129 | **DATE** | 8/15/2012 |
| **CASE TITLE** | The Penn Mutual Life Insurance Company v. GreatBanc Trust Company | | |

**DOCKET ENTRY TEXT**

For the reasons set forth in its Memorandum Opinion and Order, the Court GRANTS in part and DENIES in part Plaintiff Penn Mutual's motion for summary judgment [138]. The Motion is granted as to Counts I and II of the Complaint and Count I of the counterclaim. The Court declares as a matter of law that the Rosenblatt-Spitzer Policy is void *ab initio*. The Motion is denied as to Count II of the counterclaim. The Court DENIES Defendant Greatbanc Trust Company's Motion for Judgment on the Pleadings [144] and Motion to Defer Consideration [149]. The previous stay on discovery is lifted. The parties shall submit within 14 days of this Order a joint plan for discovery on the remaining claim(s), and state their joint or respective positions regarding what, if anything, remains of Plaintiff's Count III in light of this ruling. ENTER MEMORANDUM OPINION AND ORDER.

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | |
|---|---|---|
| | | |